1  Thomas P. Riley, SBN 194706
2  LAW OFFICES OF THOMAS P. RILEY, P.C.
3  First Library Square
   1114 Fremont Ave.
4  South Pasadena, CA 91030

5
   Tel:  626-799-9797
6  Fax:  626-799-9795
7  TPRLAW@att.net

8  Attorneys for Plaintiff
9  Innovative Sports Management, Inc.,
   d/b/a Integrated Sports Media
10
11              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
12                   WESTERN DIVISION

13  INNOVATIVE SPORTS                  Case No. 2:20-cv-02663-TJH-PLA
14  MANAGEMENT, INC., d/b/a            ORDER GRANTING MOTION TO
    INTEGRATED SPORTS MEDIA,           DISMISS COUNTS I AND II OF
15                                     PLAINTIFF'S COMPLAINT
                    Plaintiff,         (Proposed)
16
17      vs.

18  JORGE ALBERTO VALDEZ,
19  individually and d/b/a PULGARCITO
    SPORTS BAR,
20
                    Defendant.
21

22       THIS MATTER having come before the Court on the Motion to Dismiss
23
24  Counts I and II of Plaintiff's Complaint filed by Plaintiff herein, and the Court
25  having considered the pleadings and been otherwise advised, hereby ORDERS:
26
        1.    Plaintiff's Motion to Dismiss is GRANTED and Counts I and II of
27
28  Plaintiff's Complaint are hereby dismissed.

ORDER GRANTING MOTION TO DISMISS COUNTS I AND II OF PLAINTIFF'S COMPLAINT (Proposed) - Page 1

1

2    **It is so ordered**:

3    _____          Dated:_____

4    **The Honorable Terry J. Hatter, Jr.**

5    **United States District Court**
     **Central District of California**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 10, 2021, I caused to serve the following document entitled:

ORDER GRANTING MOTION TO DISMISS COUNTS I AND II
OF PLAINTIFF'S COMPLAINT (Proposed)

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Jorge Alberto Valdez (Defendant)
1311 South Vermont Ave.
Los Angeles, CA 90006

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 10, 2021, at South Pasadena, California.

Dated:  June 10, 2021

KARLA DIAZ